UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Clear Blue Specialty Insurance Company,
and Everspan Indemnity Insurance Company,

                    Plaintiffs,

   v.

OSOM Products Inc., Jason Keats, Emmett Hollyer,
Wolfgang Muller, Anatoly Yakovenko, and Solana
Labs, Inc.,

                    Defendants.

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To:

Sidney S Liebesman
E. Chaney Hall
**FOX ROTHCHILD LLP**
c/o OSOM Products, Inc.
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
P: 302-654-7444
E: sliebesman@foxrothschild.com
E: chall@foxrothschild.com

Timthoy J. Fazio
**MANNING GROSS + MASSENBURG LLP**
c/o Jason Keats
125 High Street, Oliver Street Tower, 6th Floor,
Boston, MA 02110
P: 617-670-8635
E: TFazio@mgmlaw.com

Greg Wolfe
**NAGY WOLFE APPLETON LLP**
c/o Emmett Hollyer
c/o Anatoly Yakovenko
c/o Solana Labs
31 East 62nd Street
New York, NY 10065

P: 917-282-9481
E: greg@nagylaw.com

Thomas Uebler
**MCCOLLOM D'EMILIO SMITH UEBLER LLC**
c/o Emmett Hollyer
c/o Anatoly Yakovenko
c/o Solana Labs
Little Falls Centre Two
2751 Centerville Road, Suite 401
Wilmington, DE 19808
P: 302-468-5960
E: tuebler@mdsulaw.com

Dominick Gattuso
**HEYMAN ENERIO GATTUSO & HIRZEL LLP**
c/o Wolfgang Muller
222 Delaware, Suite 900
Wilmington, DE 19801
P: 302-472-7300
E: dgattuso@hegh.law

John Veysey
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
c/o Wolfgang Muller
One Financial Center, Suite 3500
Boston, MA 02111
P: 617.217.4645
E: john.veysey@nelsonmullins.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

Michael Zigelman, Esq.
**KAUFMAN DOLOWICH, LLP**
*Attorneys for Plaintiff Clear Blue*
40 Exchange Place, 20th Floor
New York, NY 10005
Direct: 212 485 9949
Cell: 718-986-1903
Email:  MZigelman@kaufmandolowich.com

2

John Hopwood, Esq.
**GORDON REES SCULLY MANSUKHANI LLP**
*Attorneys for Plaintiff Everspan*
1 Battery Park Plaza, 28th Floor
New York NY, 10004
Phone: 212-269-5500
Email:  jhopwood@grsm.com

Daniel E. Feinberg, Esq.
**GORDON REES SCULLY MANSUKHANI LLP**
1 N. Wacker Drive, Suite 1066
Chicago, IL 60606
Phone: 312-565-1400
dfeinberg@grsm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

_____

Signature of Clerk or Deputy Clerk

3