UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
CLEAR BLUE SPECIALTY INSURANCE : No.: 1:25-cv-05889-AKH
COMPANY and EVERSPAN INDEMNITY :
INSURANCE COMPANY, : **JURY DEMAND**
 :
    Plaintiffs/Counterclaim Defendants, :
 :
- against - :
 :
OSOM PRODUCTS, INC., JASON KEATS, and :
WOLFGANG MULLER, :
 :
    Defendants/Counterclaim Plaintiffs :
 :
- and - :
 :
EMMETT HOLLVER, ANATOLY YAKOVENKO, :
and SOLANA LABS, INC., :
 :
    Defendants. :
----------------------------------------x

    Pursuant to Fed. R. Civ. P. 38, defendant/counterclaim plaintiff OSOM Products, Inc. demands a trial by jury on all issues so triable in this action.

Dated: New York, New York
       February 25, 2026

                                              /s/Andrew C. Levitt
                                              Robert A. O'Hare Jr.
                                              Andrew C. Levitt
                                              O'HARE PARNAGIAN LLP
                                              20 Vesey Street, Suite 300
                                              New York, NY 10007
                                              (212) 425-1401
                                              rohare@ohareparnagian.com
                                              alevitt@ohareparnagian.com

                                              *Attorneys for Defendant/Counterclaim*
                                              *Plaintiff OSOM Products, Inc.*